IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL D. BONNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-09-869-R ) |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered December 18, 2009. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the separate motions to dismiss filed by Defendants Oklahoma Department of Corrections [Doc. No. 8] and Raymond Muse, Jr. [Doc. No. 10] are GRANTED and this case is DISMISSED.

IT IS SO ORDERED this 13th day of January, 2010.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE